**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QUADRATEC, INC, | |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 17-03780 |
| THE AUTO SHOPS, LLC, a/k/a ALLTHINGSJEEP.COM, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 31st day of January, 2018, upon consideration of the Defendant's Motion to Set Aside Default, (ECF No. 8), it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall set aside the default entered on September 27, 2017. It is further **ORDERED** that Defendant respond to the Complaint on or before February 14, 2018.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.